19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.                                                                               DIVISION

DEBORAH A. GAUTREAUX

VERSUS

CHEROKEE INSURANCE COMPANY, P.A.M. TRANSPORT, INC.,
AND JUAN ERASMO GONZALEZ ALONSO

FILED:_____              _____
                                                            DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Petitioner, Deborah A. Gautreaux, a person of the full age of majority and a resident of the State of Louisiana, who, with respect, shows the Court as follows:

I.

That Cherokee Insurance Company, made a party defendant herein, is a foreign insurance company authorized to do and doing business in the State of Louisiana at all times relevant hereto. That P.A.M. Transport, Inc., made a party defendant herein, is a foreign corporation not authorized to do but nonetheless doing business in the State of Louisiana at all times relevant hereto. That Juan Erasmo Gonzalez Alonso, made a party defendant herein, is a person of the full age of majority and a citizen of the United Mexican States living and working in the State of Indiana. That said Defendants are liable, jointly and/or in solido, to Plaintiff for the following:

II.

That on or about May 6, 2021 at approximately 1:00 P.M., Deborah A. Gauteaux was operating a 2015 Nissan Altima, eastbound on Interstate 12 in the Parish of Livingston, State of Louisiana, in the right lane of travel.

III.

That at approximately the same time and place, Juan Erasmo Gonzalez Alonso was operating a 2019 Freightliner Tractor owned by defendant, P.A.M. Transport, Inc. with its

permission and in the course and scope of his employment, hauling a trailer eastbound on Interstate 12 in the Parish of Livingston, State of Louisiana, in the left lane of travel.

IV.

That at approximately the same time and place, Juan Erasmo Gonzalez Alonso suddenly and without warning came over into the right lane of travel, collided with Petitioner's vehicle, causing it to spin, and struck Petitioner's vehicle a second time.

V.

That the aforesaid accident sued on herein occurred through no fault of the Petitioner but was the fault of and proximately caused by Defendant, Juan Erasmo Gonzalez Alonso, in the following respects:

(a) by failing to maintain reasonable and proper control of the vehicle under his control;

(b) by operating the vehicle under his control in a reckless and negligent manner;

(c) by failing to see what should be seen;

(d) by changing lanes when such movement could not be made with reasonable safety, in violation of LSA R.S. 32:79.

VI.

Petitioner shows that at all times relevant hereto, Defendant, Juan Erasmo Gonzalez Alonso, was an employee of Defendant, P.A.M. Transport, Inc., and was acting within the course and scope of his employment therewith. Therefore, said employer is liable for the negligent fault, acts, and omissions of its employee pursuant to the Louisiana Civil Code.

VII.

That as a result of the aforesaid collision, Deborah A. Gautreaux has sustained serious injuries to her neck, back, and body and mind, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; all of which entitles Plaintiff, Deborah A. Gauteaux, to recover from Defendants the damages as are reasonable in the premises.

VIII.

Petitioner shows that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, Cherokee Insurance Company, under the terms

2

and conditions of which it agreed to insure and indemnify Defendants, P.A.M. Transport, Inc. and Juan Erasmo Gonzalez Alonso, from the type of liability asserted herein.

IX.

Petition shows that venue is proper in East Baton Rouge Parish pursuant to La. Code of Civil Procedure Art. 42.

X.

Petitioner shows that this case involves damages which exceed $75,000.00, exclusive of legal interest and costs.

WHEREFORE, Petitioner, Deborah A. Gautreaux, prays that Defendants, Cherokee Insurance Company, P.A.M. Transport, Inc., and Juan Erasmo Gonzalez Alonso, be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, Deborah A. Gauteaux, and against Defendants, Cherokee Insurance Company, P.A.M. Transport, Inc., and Juan Erasmo Gonzalez Alonso, jointly and/or in solido, for damages as are reasonable in the premises; said judgment to bear legal interest from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:
MORRIS BART, LLC
ATTORNEY FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (504) 324-0738
E-MAIL: sgulden@morrisbart.com

BY: _____
A. SPENCER GULDEN, NO. LA23110

**PLEASE SERVE:**

**CHEROKEE INSURANCE COMPANY**
Through the Louisiana Secretary of State
8585 Archives Avenue

3

Baton Rouge, LA 70809

**P.A.M. TRANSPORT, INC.**
PLEASE SERVE THROUGH LOUISIANA LONG ARM STATUTE:
Ms. Angela R. Clark, Agent for Service of Process
Highway 412 West
Tontitown, AR 72770

**JUAN ERASMO GONZALEZ ALONSO**
PLEASE SERVE THORUGH LOUISIANA NON-MOTORIST STATUTE:

Juan Erasmo Gonzalez Alonso
3603 E. Raymond St.
Indianapolis, IN 46203
Through his agent for service of process pursuant to LSA R.S. 13:3474 et seq.:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

AND

PLEASE SERVE THROUGH LOUISIANA LONG ARM STATUTE:

Juan Erasmo Gonzalez Alonso
3603 E. Raymond St.
Indianapolis, IN 46203

4

EAST BATON RIDGE PARISH
Filed Apr 12, 2022 11:53 AM
Deputy Clerk of Court

C-717812
26

# 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO.                                                                  DIVISION " "

**DEBORAH A. GAUTREAUX**

**VERSUS**

**CHEROKEE INSURANCE COMPANY, P.A.M. TRANSPORT, INC.,
AND JUAN ERASMO GONZALEZ ALONSO**

FILED:_____           _____
                                                                  DEPUTY CLERK

## REQUEST FOR NOTICE

TO:   CLERK OF COURT
      19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST
      BATON ROUGE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, Plaintiff hereby requests written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial or hearing of any pleadings or motions herein, at least ten (10) days before any trial or hearing date.

Plaintiff also requests notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

RESPECTFULLY SUBMITTED:

MORRIS BART, LLC
ATTORNEY FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (504) 324-0738
E-MAIL: sgulden@morrisbart.com

BY: _____
A. SPENCER GULDEN, NO. LA23110